PER CURIAM.
Affirmed. Barrow v. Barrow, 563 So.2d 219 (Fla. 3d DCA 1990); Estudios, Proyectose Inversiones de Centro America, SA. (EPICA) v. Swiss Bank Corp. (Overseas) S.A., 507 So.2d 1119 (Fla. 3d DCA 1987), rev. denied, 518 So.2d 1274 (Fla.1987); Cerna v. Swiss Bank Corp. (Overseas), S.A, 503 So.2d 1297 (Fla. 3d DCA), rev. denied, 513 So.2d 1060 (Fla.1987), and rev. denied, 513 So.2d 1063 (Fla.1987).